# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gary Patrick McKee

Plaintiff

v.

Stephen Rathke, Frank Ball,
Irv Tolleffson, Bruce Preece,
Charles Fjelstad, Cindy O'Brien,
Lisa Wood and Gary Knudson

Defendants

Case No. Civil 00-1951 JRT/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to comply this Court's order of 8/25/00 and for failure to state a valid cause of action. That the Plaintiff's application to proceed IFP is denied as moot.

DATE: November 13, 2000

FRANCIS E. DOSAL, CLERK

______________________________
Victoria Moralez, Deputy Clerk